NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-5383-13T1

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

ERNEST JONES, a/k/a EARNEST
JONES, ERNEST EVERET JONES,
and ERNEST EVERETT JONES,

    Defendant-Appellant.

_____

| |
|---|
| **APPROVED FOR PUBLICATION** |
| **February 23, 2017** |
| **APPELLATE DIVISION** |

Argued December 7, 2015 — Decided January 19, 2017
Resubmitted February 8, 2017 — Decided February 23, 2017

Before Judges Messano, Carroll and Sumners.

On appeal from the Superior Court of New Jersey, Law Division, Gloucester County, Docket No. 13-06-00635.

Joseph E. Krakora, Public Defender, attorney for appellant (John Douard, Assistant Deputy Public Defender, of counsel and on the brief).

Christopher S. Porrino, Attorney General, attorney for respondent (Jeffrey P. Mongiello, Deputy Attorney General, of counsel and on the brief).

PER CURIAM

On January 19, 2016, in a published opinion, we affirmed

defendant's conviction of fourth-degree violation of community

supervision for life, N.J.S.A. 2C:43-6.4(d). State v. Jones, 443 N.J. Super. 515, 521, 532 (App. Div.), certif. granted in part, denied in part, 227 N.J. 147 (2016). After we issued our opinion, defendant filed a petition for certification. Subsequently, the State moved before the Law Division to vacate defendant's conviction and dismiss the indictment with prejudice, which the trial judge granted. Thereafter, defendant amended his petition for certification, seeking to withdraw it and to vacate our judgment and withdraw our published opinion. The Court granted defendant's motion to withdraw his petition for certification, but denied the remaining requested relief. State v. Jones, 227 N.J. 147, 147-48 (2016). In its order, the Court stated: "[O]n the State's motion, the trial court . . . vacated defendant's conviction and dismissed the indictment with prejudice, the State having conceded that under the circumstances presented . . . , defendant should not have been indicted for violating a special condition of community supervision for life . . . ." Id. at 147. The Court further stated: "The Court directs the Clerk of the Court to publish this order to provide notice that defendant's judgment of conviction has been vacated." Id. at 148.

Subsequently, defendant sought reconsideration in the Appellate Division, requesting that we vacate our prior judgment

and withdraw our published opinion. We granted that motion, vacated our prior judgment, and advised that an opinion would be filed at a later date withdrawing our January 19, 2016 published opinion. Accordingly, the Law Division's vacation of defendant's conviction and dismissal with prejudice of the indictment has required that our prior judgment be vacated and our published opinion withdrawn as precedent.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION